# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

**In Re:** NORTHWEST TERRITORIAL MINT, LLC        **BAP No.:** WW-20-1003

**Bk. Ct. No.:** 16-11767-CMA                    **ADV. NO.:**

## NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to U.S. District Court.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Susan M Spraul, BAP Clerk

By: Patti Ippolito, Deputy Clerk
Date: January 16, 2020

        Please acknowledge receipt of
        the case file listed above.
        Dated:____01/16/2020_____

        Signed:__Gabriel Traber_____
                District Court Deputy

        Assigned District Court No.

        _2:20-cv-79 MJP_____
        _____

cc: Bankruptcy Court
    All Parties