**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

January 16, 2020

District Court Case No.:      2:20–cv–00079–MJP
Bankruptcy/Adversary No.:  US BAP for the Ninth Circuit
Related Case No(s).:          20–1003
Case Title:                   IN RE: NORTHWEST TERRITORIAL MINT LLC

Dear Counsel:

The District Court has received an appeal on a bankruptcy matter. It was filed in this court on **January 16, 2020** and assigned to the Honorable Marsha J. Pechman.

When the Record is complete, Bankruptcy will file the Certificate of Record with District Court. Accordingly, a briefing schedule will be entered and the appeal placed on the court's calendar pursuant to LCR 88(c)(2).

Please be advised that all documents must indicate both the District Court and the Bankruptcy Appeal number.

Sincerely,


William M. McCool, Clerk of Court

  s/Gabriel Traber
   Deputy Clerk



cc:    Bankruptcy Court