**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

January 16, 2020

| | |
|---|---|
| District Court Case No.: | 2:20−cv−00079−MJP |
| Related Case No(s).: | US BAP for the Ninth Circuit |
| Bankruptcy/Adversary No.: | 20−1003 |
| Case Title: | IN RE: NORTHWEST TERRITORIAL MINT LLC |

To:   Clerk, Bankruptcy Court

The District Court has received a notice of appeal. The District Court case number is indicated above for your information.

Please forward a copy of the statement of issues, designation of record, and the Certificate of record to us when the record required by FRBP 8007 is completed.

If completion of the record has been delayed, please advise us as to the cause of the delay by 2/18/2020.

Sincerely,


William M. McCool, Clerk of Court


  s/ Gabriel Traber
  Deputy Clerk