The Honorable Marsha J. Peckman

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

IN RE NORTHWEST TERRITORIAL MINT LLC

MARK CALVERT, Appellant.

PAULA PEHL, Appellee,

No. 2:20-cv-00079-MJP

ORDER GRANTING APPELLEE'S MOTION FOR RELIEF FROM DEADLINE

**Hearing May 15, 2020**

THIS MATTER comes before the Court on the Motion of the Law Office of Dillon E. Jackson, attorney for the Appellee, Paula Pehl requesting relief from the Deadline for the submission of the Response Brief and Supplemental Excerpts of the Record in this with a 45 day extension pursuant to LCR 7(j) and this Court having reviewed the Motion and the supporting Declaration of Dillon E. Jackson and deeming the requested relief appropriate it is hereby:

ORDERED that the brief and supplemental E.R. shall be filed by the Appellee no later than July 20, 2020

Dated this _18th_ Day of May 2020

_____
United District Court Judge

Presented by

ORDER GRANTING RELIEF FROM DEADLINE - 1

Law Office of Dillon E. Jackson PLLC
2510 Fairview Ave E #300
Seattle, Washington 98102
206 693-3605
djlawpllc@gmail.com

Law Office of Dillon E. Jackson PLLC
*/s Dillon E. Jackson*
Dillon E. Jackson WSBA #1539

ORDER GRANTING RELIEF FROM DEADLINE - 2

Law Office of Dillon E. Jackson PLLC
2510 Fairview Ave E #300
Seattle, Washington 98102
206 693-3605
djlawpllc@gmail.com