THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re NORTHWEST TERRITORIAL MINT LLC<br><br>MARK T. CALVERT,<br><br>        Appellant<br><br>    v.<br><br>K&L GATES, ET AL.,<br><br>        Appellees. | No. 2:20-cv-00079-MJP<br><br>**ORDER GRANTING APPELLANT'S MOTION FOR RELIEF FROM DEADLINE** |

This matter came before the Court on Appellant's Motion for Relief from Deadline and Approving Stipulation requesting relief from the deadline for the submission of Appellant's Reply Brief pursuant to LCR 7(j) and approval of the Stipulation among Appellant and Appellees Paula Pehl and Miller Nash Graham & Dunn, LLP, and the Court having reviewed the Motion and the Stipulation, and deeming the requested relief appropriate, it is hereby

ORDERED that Appellant's Reply Brief shall be filed no later than August 19, 2020. Dated this 15th day of June, 2020.

                                    */s/ Marsha J. Pechman*
                              United States District Court Judge

ORDER GRANTING APPELLANT'S MOTION FOR RELIEF FROM DEADLINE
2:20-CV-00079-MJP
73749230.1

1

POLSINELLI
1000 Second Avenue, Suite 3500
Seattle, WA 98104
(206) 393-5400

Presented by:

POLSINELLI PC

/s/ Jane Pearson
Jane Pearson, WSBA #12785
1000 Second Avenue, Suite 3500
Seattle, WA 98104
(206) 393-5415
jane.pearson@polsinelli.com

-and-

KTBS LAW LLP
Daniel J. Bussel (*pro hac vice*)
Thomas E. Patterson (*pro hac vice*)
Nir Maoz (*pro hac vice*)
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
(310) 407-4000
dbussel@ktbslaw.com
tpatterson@ktbslaw.com
nmaoz@ktbslaw.com

*Counsel for Appellant Mark T. Calvert*

Agreed as to form; notice of presentation waived:

LAW OFFICE OF DILLON E. JACKSON PLLC

/s/ Dillon E. Jackson
Dillon E. Jackson, WSBA #1539
2510 Fairview Avenue E, #300
Seattle, WA 98102
(206) 693-3605
djlawpllc@gmail.com
*Counsel for Appellee Paula Pehl*

MILLER NASH GRAHAM & DUNN LLP

/s/ Mark D. Northrup
Mark Douglas Northrup, WSBA #16947
2801 Alaskan Way, #300 Pier 70
Seattle, WA 98121-1128
(2060 624-8300
mark.northrup@millernash.com
*Appellee*

ORDER GRANTING APPELLANT'S MOTION FOR RELIEF FROM DEADLINE
2:20-CV-00079-MJP
73749230.1
2

POLSINELLI
1000 Second Avenue, Suite 3500
Seattle, WA 98104
(206) 393-5400