UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: NORTHWEST TERRITORIAL MINT LLC

Case No. C20-79RSM

ORDER GRANTING APPELLEE'S MOTION FOR CONSIDERATION FOR TREATMENT AS AN AMICUS BRIEF

This matter comes before this Court on the Motion of Appellee, Paula Pehl, requesting that the Court consider her submissions filed in this appeal as Amicus in the event that the Court accepts the argument that Appellee has no standing in this matter. Dkt. #40. Ms. Pehl has filed pleadings in this case as Appellee and the issue of standing was only raised in Appellant's Reply Brief. Appellant has consented to Appellee's submission for consideration as Amicus Curiae and otherwise does not oppose this Motion. Dkt. #41.

Based upon the record herein, the Court FINDS and ORDERS that the submissions of Appellee Pehl will be considered by the Court, either as Appellee or as Amicus Curiae, the request for overlength briefing shall be allowed, and participation in oral argument shall be allowed if requested by the Court.

DATED this 4th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING APPELLEE'S
MOTION FOR CONSIDERATION
FOR TREATMENT AS AN
AMICUS BRIEF - 1